UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK and DEYDRA MORRIS,<br><br>              Plaintiffs,<br><br>     v.<br><br><br>SUNRISE HOME CENTER, INC., et al.,<br><br>              Defendants. | No. CV-06-060-FVS<br><br>ORDER OF REMAND |

   The Court, being fully advised, now therefore,

   **IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Remand, **Ct. Rec. 9**, is **GRANTED**. This action is **DISMISSED** and **REMANDED** to Asotin County, Washington Superior Court under Cause NO. 06-2-00013-2.

   **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and **CLOSE** this file.

   **DATED** this 11th day of April, 2006.

                               s/ Fred Van Sickle
                               Fred Van Sickle
                         United States District Judge

ORDER OF REMAND - 1